1 | Jeffery L. Caufield (SBN 166524)
  | jeff@caufieldjames.com
2 | Santino M. Tropea (SBN 249215)
  | santino@caufieldjames.com
3 | CAUFIELD & JAMES, LLP
  | 2851 Camino Del Rio South, Suite 410
4 | San Diego, California 92108
  | Telephone: (619) 325-0441
5 | Facsimile: (619) 325-0231

6 | Attorneys for Plaintiffs Basalite Concrete
  | Products, LLC & Pacific Coast Building
7 | Products, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BASALITE CONCRETE PRODUCTS, LLC, a Limited Liability Company, and PACIFIC COAST BUILDING PRODUCTS, INC., a Corporation, | Case No. 2:12-CV-02814-WBS-EFB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER RE: JOINT STIPULATION AND REQUEST THAT THE CURRENT PRETRIAL SCHEDULING CONFERENCE BE TAKEN OFF CALENDAR, AND RESCHEDULED IF NECESSARY** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Corporation; CHARTIS SPECIALTY INSURANCE COMPANY, f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; and DOES 1 through 5, inclusive, | Date: March 4, 2013<br>Time: 2:00 pm<br>Dept.: 5<br>Judge: Hon. William B. Shubb<br><br>Complaint Filed: Nov. 16, 2012 |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having reviewed the Joint Stipulation and Request that the Current Pretrial Scheduling Conference be Taken Off Calendar, and Rescheduled If Necessary jointly filed by Plaintiffs Basalite Concrete Products, LLC and Pacific Coast Building Products, Inc., and Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Chartis Specialty Insurance Company (collectively "Parties"), and upon good cause shown,

**HEREBY ORDERS** as follows:

1. The Parties' Joint Stipulation and Request is GRANTED.
2. The Current Pretrial Scheduling Conference is continued to **May 13, 2013 at 2:00 p.m.**
3. A Joint Status Report shall be filed no later than April 29, 2013.

DATED:   February 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

ORDER RE: JOINT STIPULATION AND REQUEST THAT THE CURRENT PRETRIAL SCHEDULING CONFERENCE BE TAKEN OFF CALENDAR, AND RESCHEDULED IF NECESSARY
Case No. 2:12-CV-02814-WBS-EFB