1  RICHARD H. NICOLAIDES, JR., *pro hac vice*
   rnicolaides@bcnlaw.com
2  DANIEL I. GRAHAM, JR., *pro hac vice*
   dgraham@bcnlaw.com
3  JOCELYN F. CORNBLEET, *pro hac vice*
   jcornbleet@bcnlaw.com
4  BATES CAREY NICOLAIDES LLP
   191 North Wacker Drive, Suite 2400
5  Chicago, IL  60606-1886
   Telephone:  (312) 762-3100
6  Facsimile:   (312) 762-3200

7  SARA M. THORPE (SBN 146529)
   sthorpe@gordonrees.com
8  SETH J. MANFREDI (SBN 260893)
   smanfredi@gordonrees.com
9  GORDON & REES LLP
   275 Battery Street, Suite 2000
10 San Francisco, CA 94111
   Telephone:  (415) 986-5900
11 Facsimile:  (415) 986-8054

12 Attorneys for Defendants
   NATIONAL UNION FIRE INSURANCE COMPANY
13 OF PITTSBURGH, PA. and CHARTIS SPECIALTY
   INSURANCE COMPANY (f/k/a American International
14 Specialty Lines Insurance Company)

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17 BASALITE CONCRETE PRODUCTS, LLC, ET  )  NO.  2:12-CV-02814-WBS-EFP
   AL.,                                 )
18                                      )  **JOINT STIPULATION AND**
                  Plaintiff,            )  **REQUEST THAT THE CURRENT**
19                                      )  **PRETRIAL SCHEDULING**
       vs.                              )  **CONFERENCE BE TAKEN OFF**
20                                      )  **CALENDAR AND**
   NATIONAL UNION FIRE INSURANCE        )  **RESCHEDULED IF NECESSARY**
21 COMPANY OF PITTSBURGH, PA., ET AL.,  )
                                        )
22                Defendants.           )  Date:  May 13, 2013
                                        )  Time:  2:00 p.m.
23                                      )  Dept.:  5
                                        )
24 _____  )

25

26

27

28

---

JOINT STIPULATION AND REQUEST THAT CURRENT CASE MANAGEMENT CONFERENCE BE TAKEN OFF
CALENDAR AND RESCHEDULED IF NECESSARY

Plaintiffs Basalite Concrete Products, LLC and Pacific Coast Building Products, Inc. (collectively, "Basalite") and Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Chartis Specialty Insurance Company (collectively, the "Insurers") (collectively, the "Parties"), by and through their undersigned counsel, stipulate to and hereby request that the current Pretrial Scheduling Conference, scheduled for May 13, 2013 at 2:00 p.m., be taken off calendar and rescheduled for June 3, 2013 at 2:00 p.m., or as soon thereafter as is convenient for the Court, to provide the Court an opportunity to rule on the Insurers' pending motion to dismiss Basalite's First Amended Complaint.

### Good Cause Exists to Reschedule

Scheduling orders entered before the final pretrial conference may be modified upon a showing of "good cause." FRCP 16(b); *Kuschner v. Nationwide Credit, Inc.*, 256 F.R.D. 684 (E.D. Cal. 2009). Here, good cause exists to reschedule the Pretrial Scheduling conference currently set for May 13, 2013.

Initially, this Court scheduled the Pretrial Scheduling Conference in this matter for March 4, 2013. However, prior to that date, the Insurers filed a motion to dismiss Basalite's original Complaint, which was granted on February 12, 2013. The Court granted Basalite leave to file an amended complaint on or before March 4, 2013. Consequently, the Parties filed a Joint Stipulation on February 13, 2013 requesting that the Court reschedule the Pretrial Scheduling Conference. The Court granted the Parties' Joint Stipulation and rescheduled the Pretrial Scheduling Conference for May 13, 2013.

At the time the Court granted the prior Joint Stipulation, it was unclear if Basalite would file an amended pleading. Since that time, Basalite filed a First Amended Complaint, which the Insurers have moved to dismiss. The motion to dismiss the First Amended Complaint is currently pending and is scheduled to be heard on May 6, 2013.

Because of the current posture of the case, and to avoid expenses related to the preparation of the Joint Status Report and travel to Sacramento from Illinois and Southern California in the event the Insurers' pending motion to dismiss is granted, the Parties stipulate to

and request that Pretrial Scheduling Conference scheduled for May 13, 2013 at 2:00 p.m. be rescheduled to June 3, 2013 at 2:00 p.m., or as soon thereafter as is convenient to the Court.

So stipulated:

DATED:      April 26, 2013                    GORDON & REES LLP

By:    /s/ *Seth Manfredi*
    Seth J. Manfredi, Esq.
Attorneys for Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Chartis Specialty Insurance Company

DATED:      April 26, 2013                    BATES CAREY NICOLAIDES LLP

By:  /s/ *Daniel Graham*
    Daniel I. Graham, Jr.
    (as authorized on 4/26/13)
Attorneys for Defendants National Union Fire Insurance Company of Pittsburgh, Pa. & Chartis Specialty Insurance Company

DATED:      April 26, 2013                    CAUFIELD & JAMES, LLP

By:    /s/ *Jeffery Caufield*
    Jeffery L. Caufield, Esq.
    (as authorized on 4/26/13)
Attorneys for Plaintiffs Basalite Concrete Products, LLC & Pacific Coast Building Products, Inc.

896871/ 9531

*Gordon & Rees LLP*
*Embarcadero Center West*
*275 Battery Street, Suite 2000*

2
JOINT STIPULATION AND REQUEST THAT THE CURRENT PRETRIAL SCHEDULING CONFERENCE BE TAKEN OFF CALENDAR AND RESCHEDULED IF NECESSARY

RICHARD H. NICOLAIDES, JR., *pro hac vice*
rnicolaides@bcnlaw.com
DANIEL I. GRAHAM, JR., *pro hac vice*
dgraham@bcnlaw.com
JOCELYN F. CORNBLEET, *pro hac vice*
jcornbleet@bcnlaw.com
BATES CAREY NICOLAIDES LLP
191 North Wacker Drive, Suite 2400
Chicago, IL   60606-1886
Telephone:  (312) 762-3100
Facsimile:   (312) 762-3200

SARA M. THORPE (SBN 146529)
sthorpe@gordonrees.com
SETH J. MANFREDI (SBN 260893)
smanfredi@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants National Union
Fire Insurance Company of Pittsburgh, Pa. &
Chartis Specialty Insurance Company (f/k/a
American International Specialty Lines
Insurance Company)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASALITE CONCRETE PRODUCTS, LLC, ET AL.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL.,<br><br>                    Defendants. | NO.  2:12-CV-02814-WBS-EFP<br><br>**ORDER RE: JOINT STIPULATION AND REQUEST THAT THE CURRENT PRETRIAL SCHEDULING CONFERENCE BE TAKEN OFF CALENDAR AND RESCHEDULED IF NECESSARY**<br><br>Date:  May 13, 2013<br>Time:   2:00 p.m.<br>Dept.:   5 |

3
JOINT STIPULATION AND REQUEST THAT THE CURRENT PRETRIAL SCHEDULING CONFERENCE BE TAKEN OFF CALENDAR AND RESCHEDULED IF NECESSARY

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having reviewed the Joint Stipulation and Request that the Current Pretrial Scheduling Conference be Taken Off Calendar and Rescheduled if Necessary jointly filed by Plaintiffs Basalite Concrete Products, LLC and Pacific Coast Building Products, Inc., and Defendants National Union Fire Insurance Company of Pittsburgh, Pa. and Chartis Specialty Insurance Company (collectively, the "Parties"), and upon good cause shown,

**HEREBY ORDERS** as follows:

1. The Parties' Joint Stipulation and Request is GRANTED.

2. The Current Pretrial Scheduling Conference is taken off calendar and rescheduled to **June 24, 2013 at 2:00 p.m**.  A Joint Status Report shall be filed no later tan **June 10, 2013**.

DATED:   April 26, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE